1     The Honorable Franklin D. Burgess

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
8

9

10    JULIETA G. COLBY,                    No. C09-5172 FDB

11              Plaintiff,                 [PROPOSED] ORDER GRANTING AN
                                           EXTENSION OF TIME TO ANSWER
12         v.

13    PACIFIC NUTRITIONAL, INC., a
14    Washington corporation, et al.

15              Defendants.

16

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

[PROPOSED] ORDER GRANTING AN
EXTENSION OF TIME TO ANSWER (C09-5172 FDB) - 1

1    The Court GRANTS defendant Pacific Nutritional, Inc.'s unopposed motion requesting

2    an extension of time until May 18, 2009 for all served defendants to respond to plaintiff's

3    complaint.

4         IT IS SO ORDERED.

5         DATED: ~~April 29, 2009.~~

6

7                                                   _____
                                                   Hon. Franklin D. Burgess

8    PRESENTED BY:

9    STOEL RIVES LLP

10   */s/ Chris Kitchel*
     Chris Kitchel, WSB No. 13706
11   E-mail: ckitchel@stoel.com

12   Attorney for
     Defendant Pacific Nutritional, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING AN
EXTENSION OF TIME TO ANSWER (C09-5172 FDB) - 2

STOEL RIVES LLP
ATTORNEYS
900 SW Fifth Avenue, Suite 2600, Portland, OR 97204
Telephone (503) 224-3380

PortInd3-1665669.1 0035611-00001