FILED LODGED RECEIVED
MAY 21 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JULIETA G. COLBY,

    Plaintiff,

v.

PACIFIC NUTRITIONAL, INC., a Washington corporation, et al.

    Defendants.

No. C09-5172 FDB

ORDER GRANTING EXTENSION OF TIME TO ANSWER

09-CV-05172-ORD

//
//
///
//
//
//
//
//
//
//

[PROPOSED] ORDER GRANTING
EXTENSION OF TIME TO ANSWER (C09-5172 FDB) - 1

1  The Court GRANTS defendant Pacific Nutritional, Inc.'s unopposed motion requesting
2  an extension of time until June 23, 2009 for served defendants other than PNI to respond to
3  plaintiff's complaint.
4       IT IS SO ORDERED.
5
6       DATED: May 18, 2009.
7
8                                                      Hon. Franklin D. Burgess
9
10 PRESENTED BY:
11 STOEL RIVES LLP
12 /s/ Chris Kitchel
   Chris Kitchel, WSB No. 13706
13 E-mail: ckitchel@stoel.com
14 Attorney for
   Defendant Pacific Nutritional, Inc.
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING
EXTENSION OF TIME TO ANSWER (C09-5172 FDB) - 2