THE HONORABLE FRANKLIN D. BURGESS

09-CV-05172-STIP

FILED ___ LODGED
___ RECEIVED
JUL 27 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIETA G. COLBY,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC NUTRITIONAL, INC., a Washington corporation, et al.<br><br>Defendants. | No. C09-5172 FDB<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL**<br><br>(Clerk's Action Required) |

## JOINT STIPULATION

Pursuant to FRCP 41(a)(1)(ii), Plaintiff G. Colby and Defendant Pacific Nutritional, Inc. hereby stipulate and agree that this lawsuit and all claims asserted in it, or that could have been

/////

/////

/////

JOINT STIPULATION AND ORDER OF DISMISSAL (C09-5172 FDB) - 1

1 asserted in it, shall be dismissed with prejudice and without costs or attorneys' fees to any party.

2     July 24, 2009.

3 STOEL RIVES LLP                                          LAW OFFICE OF GRANT & ASSOCIATES

4

5 /s/ Chris Kitchel                              /s/ Artis C. Grant, Jr.
Chris Kitchel, WSBA No. 13706            Artis C. Grant, Jr., WSBA No. 26204
6 900 S.W. 5th Avenue, Suite 2600            The Law Dome
Portland, Or 97204                                 3002 S. 47th St.
7 ckitchel@stoel.com                               Tacoma, Washington 98409
(503) 294-9429                                     agrant@lawdome.com
8                                                                (253) 472-6213

9 Attorney for Defendant Pacific Nutritional, Inc.,

                                                                  Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND ORDER OF DISMISSAL (C09-5172 FDB) - 2


# ORDER

Based on the above stipulation of the parties, IT IS ORDERED;

1. This action is dismissed with prejudice; and
2. No award of costs or attorney fees shall be made to any party.

Dated: July 27, 2009

/s/ Ross C___
HONORABLE FRANKLIN D. BURGESS
Judge of the Western District of Washington at Seattle United States District Court

Presented by:

| STOEL RIVES LLP | LAW OFFICE OF GRANT & ASSOCIATES |
|---|---|
| /s/ Chris Kitchel | /s/ Artis C. Grant, Jr. |
| Chris Kitchel, WSBA No. 13706 | Artis C. Grant, Jr., WSBA No. 26204 |
| Attorney for Defendant Pacific Nutritional, Inc. | Attorney for Plaintiff |

JOINT STIPULATION AND ORDER OF DISMISSAL (C09-5172 FDB) - 3